UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LONDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 07-6194-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: 12/30/08 .

　　　　　　　　　　　　　　　　／s／ Patrick J. Walsh
　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\LONDO, E 6194\judgment.wpd